UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 14-06272-PSG (KK)**                                                     Date:  **June 17, 2015**

Title:  Dewight Niblett v. J. Soto

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                   <u>None</u>
Deputy Clerk                                   Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):            ATTORNEYS PRESENT FOR DEFENDANT(S):
       None                                                       None

**PROCEEDINGS:**          **(IN CHAMBERS)**

The Court is in receipt of Petitioner's Motion to Vacate this Court's March 18, 2015 Order denying his request for a stay of the proceedings.  ECF Docket No. 30.  Petitioner claims to be seeking relief pursuant to Federal Rule of Civil Procedure 60(b) which provides "the court may relieve a party or its legal representative from a final judgment, order, or proceeding for . . . any [] reason that justifies relief."  Petitioner claims the the Court's March 18, 2015 Order "is not consistent with or supported by the facts" and "is not consistent with the Federal Rules of Civil Procedure[]."  <u>Id.</u> at 1.

Petitioner presents no facts in support of his motion, nor does he attempt to apply general legal principles to the proceedings in this case.  Moreover, the March 18, 2015 Order correctly concluded Petitioner's request for a stay pursuant to Federal Rule of *Appellate* Procedure 8 -  which permits a party to seek a stay "of the judgment or order of a district court pending appeal"  - was not applicable because there was "no judgment or order of the district court to appeal."  ECF Docket No. 20.

Thus, the Court finds no basis for vacating the March 18, 2015 Order.  Petitioner's Motion to Vacate is hereby DENIED.

                                                           Initials of Deputy Clerk     dts

MINUTES FORM 11
CIVIL-GEN