JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWIGHT NIBLETT, | Case No. CV 14-06272-PSG (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. SOTO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 08/04/2015

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE